IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JENNIFER LYNN LE BLANC, et al.,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF LINDSAY, et al.,<br><br>  Defendants. | CV F 04-6493 AWI DLB<br><br>ORDER DISCHARGING MINUTE ORDER CONCERNING DISMISSAL FOR LACK OF PROSECUTION<br><br>ORDER VACATING MARCH 5, 2007 HEARING DATE<br><br>ORDER DISMISSING ACTION |

On November 1, 2004, this action was removed to this court. On February 6, 2007, the Clerk of the Court issued a minute order setting a hearing in this action to determine if it should be dismissed for lack of prosecution. On February 6, 2007, the court received a letter brief from Plaintiff's attorney. The letter brief states that Defendants removed several actions to this court involving Plaintiff. Plaintiff's attorney states that this action is duplicative of another action, case number CV F 04-5971.

A court may dismiss an action, with prejudice, based on a party's failure to prosecute an action or failure to obey a court order. See, e.g., Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992). In determining whether to dismiss an action for lack of prosecution the court must consider several factors, including: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic

alternatives. <u>Ghazali v. Moran</u>, 46 F.3d 52, 53 (9th Cir. 1995); <u>Ferdik</u>, 963 F.2d at 1260-61.

At this time, the court finds dismissal appropriate. It appears that this action was opened in error and is duplicative of another action. The court's interest in maintaining its docket and the public's interest in the expeditious resolution of litigation weigh against in favor of dismissing this action. The public policy favoring disposition of cases on their merits is satisfied because this action is being litigated in another case, CV F 04-5971. Dismissal is a drastic sanction, but is being entered here on Plaintiff's request.

Accordingly, the court ORDERS that:

1. The January 6, 2007 minute order concerning dismissal for lack of prosecution is DISCHARGED;

2. The March 4, 2007 hearing is VACATED and no party or claimant need appear at that time; and

3. This action is DISMISSED as duplicative. The Clerk of the Court shall close the case.

IT IS SO ORDERED.

Dated:     February 9, 2007                    /s/ Anthony W. Ishii
0m8i78                                          UNITED STATES DISTRICT JUDGE